# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

135067

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

THOMAS J. PASSARO and HOWARD H.
KAHNE,
　　　　　Plaintiffs-Appellants,

v

TAGLIA, FETTE, DUMKE & WHITE, P.C.,
　　　　　Defendant-Appellee.

SC: 135067
COA: 266425
Berrien CC: 2003-003281-CZ

_____/

　　　　　On order of the Court, the application for leave to appeal the September 6, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



　　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

0211

Clerk